United States District Court
Southern District of Texas
FILED

APR 11 2012

David J. Bradley, Clerk of Court

HONORABLE **B. JANICE ELLINGTON** PRESIDING
CASE MGR/DEP. CLERK : Dana Perez
ERO : Arlene Benavidez
PRETRIAL: Becky Espinosa
U.S.M.: Matt Little, Mickey Johnson, Wade Ujhely
INTERPRETER: not needed
Digital OPEN: 2:11:50   ADJOURN: 2:13:12   DATE: April 11, 2012
                2:20:47            2:29:00
                        CR NO. C-12-347M   DEFT 01

| UNITED STATES OF AMERICA | § | Lance Duke | AUSA |
| --- | --- | --- | --- |
| VS. | § | | ( ) RET |
| | | | ( ) CJA |
| Robert L. McChester | § | | ( ) AFPD |

**************************INITIAL APPEARANCE**************************************

(✔) Deft(s) sworn  (✔) Deft(s) advised of rights.
(✔) Date of arrest: 4/10/12
(✔) Deft(s) appeared (✔) w/counsel: **Keith Gould**, retained ( ) w/o counsel
( ) Deft advised his/her true name is:_____
    ( ) Government orally moves to amend name. Court grants motion to amend name. Order to be entered.
( ) Deft(s) requests appointed counsel. Fin. Affidavit executed. ( ) Approved ( ) Not Approved.
    ( ) Approved, but Defendant may be required to repay part or all of the cost of court appointed attorney if determined at a later date.
( ) Deft(s) advises he/she will retain own counsel.
( ) Bond set at: ( ) $_____ with cash deposit of $_____ or ( ) $_____
    Unsecured/P.R. Bond; ( ) viable co-surety ( ) 3rd party custodian; with additional conditions set.
(✔) Issue of DETENTION: (✔) Govt. moves for DETENTION due to risk of flight and danger to the community and requests continuance; ( ) Govt. defers to Pretrial Services bond recommendation.
( ) No bond set at this time, **10-DAY DETENTION ORDER** entered.
(✔) ( ) Arraignment (X) Preliminary Examination (X) Detention Hearing ( ) Identity Hearing is / are set on: **April 13, 2012 at 9:00 a.m. before Judge B. Janice Ellington.**
( ) Status Conference set: _____
( ) Deft #1 is a citizen of _____ and Court advises deft of rights to consular notification.
    Deft ( ) wishes ( ) does not wish to have Consular's advised of arrest; ( ) Case Agent to notify Consular officials; ( ) Deft wishes to discuss with Attorney. ( ) MANDATORY NOTIFICATION; Court orders AUSA / Case Agent to notify officials.
(✔) Deft(s) **REMANDED TO CUSTODY**.
( ) Deft. Failed to appear. **ORDER** for issuance of **BENCH WARRANT**, bond **FORFEITED**
( ) REMARK: _____