UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE ACTION NO. C-12-347 |
| | § | |
| ROBERT L MCCHESTER JR | § | |

## ORDER GRANTING MOTION FOR STAY

Bond was set for the above-named defendant in open court during the detention hearing held on Friday, April 13, 2012. Pending is the motion of the United States for a stay of the order setting bond. The motion is granted. The order setting bond is stayed until 5:00 p.m. Monday, April 16, 2012. The United States must file its motion for review pursuant to 18 U.S.C. § 3145 and place its order for an expedited transcript before the deadline. If the United States timely complies, then the order setting bond is stayed pending review and decision by a United States District Judge.

ORDERED this 15th day of April, 2012.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE