| ℅ AO 435 (Rev. 03/08) | Administrative Office of the United States Courts | | FOR COURT USE ONLY |
|---|---|---|---|
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | | **DUE DATE:** |
| 1. NAME<br>LANCE DUKE | 2. PHONE NUMBER<br>(361) 888-3112 | | 3. DATE<br>4/16/2012 |
| 4. MAILING ADDRESS<br>800 N. Shoreline Blvd., Ste. 500 | 5. CITY<br>Corpus Christi | 6. STATE<br>TX | 7. ZIP CODE<br>78401 |
| 8. CASE NUMBER<br>C-12-347-M | 9. JUDGE<br>B. Janice Ellington | DATES OF PROCEEDINGS | |
| | | 10. FROM 4/13/2012 | 11. TO 4/13/2012 |
| 12. CASE NAME<br>USA v. Robert L. McChester, Jr. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Corpus Christi | 14. STATE Texas |

15. ORDER FOR
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | 04/13/2012 |
| [ ] SENTENCING | | Preliminary Examination and | |
| [ ] BAIL HEARING | | Detention Hearing | |

United States Courts
Southern District of Texas
FILED
APR 16 2012
David J. Bradley, Clerk of Court

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | 0.00 |
| EXPEDITED | [x] | [ ] | NO. OF COPIES | | 600.00 |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| | | |
|---|---|---|
| 18. SIGNATURE [signed] | ESTIMATE TOTAL | 600.00 |
| 19. DATE 4·16·12 | PROCESSED BY | |
| | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 600.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 600.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 600.00 |

**DISTRIBUTION:** COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY