Clerk, U.S. District Court
Southern District of Texas
FILED

MAY 0 9 2012

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | CRIMINAL NUMBER |
| ROBERT L. McCHESTER, JR. | § § | C-12-350 |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about April 1, 2011, to on or about April 2, 2012, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ROBERT L. McCHESTER, JR.,

using a facility and means of interstate and foreign commerce, that is a telephone and a computer connected to the internet, knowingly attempted to persuade, induce, entice and coerce an individual, who had not attained the age of 18 years, to engage in sexual activity for which the defendant can be charged with a criminal offense, that is, Sexual Assault, Texas Penal Code § 22.011.

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____
LANCE DUKE
Assistant United States Attorney