# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

AUG 3 0 2012

David J. Bradley, Clerk of Court

### CASE NO.   C-12-350-1

UNITED STATES OF AMERICA )(
)(
)( Senior Judge ___ **Hayden Head** ___
)(
)( Courtroom Deputy _ Sylvia Syler ___
)(
vs. )( Certified Court Recorder _ Arlene Benavides_
)(
)( Proceeding: ___ **SEALED** ___
)(
Robert L. McChester Jr. )( Date: _ August 30, 2012 _____
)(
)( Exhibit List of:
)(
Page _1_ of _1_ Pages )( AUSA _ Lance Duke _____

## EXHIBIT LIST

| Exhibit No. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1 | SEALED | ✓ | ✓ | | August 30, 2012 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |