UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

AUG 3 0 2012

David J. Bradley, Clerk of Court

CASE NO. C-12-350-1

UNITED STATES OF AMERICA )(  Senior Judge   Hayden Head
)(
)(  Courtroom Deputy   Sylvia Syler
)(
vs. )(  Certified Court Recorder   Judy Alvarez
)(
)(  Proceeding:   Sentencing
Robert L. McChester Jr. )(
)(  Date:   August 30, 2012
)(
)(  Exhibit List of:
)(
Page 1 of 1 Pages )(  AUSA   Lance Duke

## EXHIBIT LIST

| Exhibit No. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1-20 | Character Letters | ✓ | ✓ | | August 30, 2012 | |